Eric Allen (#13486)
ALLEN, MITCHELL & ALLEN PLLC
2091 E. Murray Holladay Road, Suite 21
Salt Lake City, Utah 84117
Telephone: (801) 930-1117
Facsimile: (866) 777-0742
eric@allenlawyer.com
*Attorney for Defendant Fitness Member Services LLC*

_____

### UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL ANAKIN DAWSON AND MATTHEW MACPHERSON**, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> **FITNESS MEMBER SERVICES LLC** dba **VASA FITNESS CORPORATE**, <br><br> *Defendant*. | **JOINT MOTION TO DISMISS** <br><br> **Civil No. 1:17-cv-00133-RJS-EJF** <br><br> **Judge Robert J. Shelby** <br> **Magistrate Judge Evelyn J. Furse** |

Plaintiffs Michael Dawson and Matthew McPherson, along with Defendant Fitness Member Services LLC, hereby jointly motion the Court to dismiss the case with prejudice as to the named Plaintiffs, but without prejudice as to any other members of the putative class.   A proposed order is filed herewith.

DATED this 19th day of September, 2018.

/s/ Patrick Peluso (with permission)
Attorney for Plaintiffs Michael Anakin
Dawson and Matthew MacPherson

/s/ Eric Allen

Attorney for Defendant Fitness Member Services LLC

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2018, I caused to be delivered a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS, along with all exhibits/attachments, to the parties below.

CM/ECF notice:

**Matthew J. Morrison**
MORRISON LAW OFFICE
1887 N 270 E
OREM, UT 84057
Email: matt@oremlawoffice.com

**Taylor True Smith**
WOODROW & PELUSO LLC
3900 E MEXICO AVE STE 300
DENVER, CO 80210
Email: tsmith@woodrowpeluso.com

**Blake J. Dugger**
LAW OFFICES OF BLAKE J DUGGER
1704 LLANO ST STE B-1064
SANTA FE, NM 87505
Email: blakejdugger@gmail.com

**Patrick Harry Peluso**
WOODROW & PELUSO LLC
3900 E MEXICO AVE STE 300
DENVER, CO 80210
Email: ppeluso@woodrowpeluso.com

**Steven L. Woodrow**
WOODROW & PELUSO LLC
3900 E MEXICO AVE STE 300
DENVER, CO 80210
Email: swoodrow@woodrowpeluso.com

/s/ Eric Allen

On behalf of Eric Allen